1  GARY E. SCHNITZER, ESQ.
   Nevada Bar No. 395
2  KRAVITZ, SCHNITZER & JOHNSON, CHTD.
   8985 South Eastern Avenue, Suite 200
3  Las Vegas, Nevada 89123
   Telephone: (702) 222-4142
4  Facsimile: (702) 362-2203
   Email: gschnitzer@ksjattorneys.com
5  *Attorney for Defendant*
   *LexisNexis Risk Solutions Inc.*
6

7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9

10 | LAURA MARSCHECK,                                     | Case No.  2:20-cv-01512-APG-BNW
11 |          Plaintiff,                                  | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**
12 | v.                                                   |
13 | EQUIFAX INFORMATION SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS | **(FIRST REQUEST)**
14 | INC.; JPMORGAN CHASE BANK, N.A; BANK OF THE WEST     |
15 |                                                      |
16 |          Defendants.                                 |

17
        Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada,
18
   Defendant LexisNexis Risk Solutions Inc. ("LNRS") and Plaintiff Laura Marscheck ("Plaintiff"),
19
   by and through their respective counsel, hereby stipulate as follows:
20
        1.      Plaintiff filed her Complaint on August 17, 2020;
21
        2.      LNRS was served with the Complaint on August 18, 2020;
22
        3.      LNRS's deadline to answer or respond to Plaintiff's Complaint is September 8,
23
   2020;
24
        4.      LNRS has requested, and Plaintiff has consented to, an additional thirty (30) days
25
   for LNRS to file an Answer or otherwise respond to the Complaint;
26

27

28

                                                   1

5.     An additional thirty (30) days for LNRS to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6.     Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow LNRS to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7.     Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and LNRS agree that LNRS shall have up to and including October 8, 2020 to file a responsive pleading to Plaintiff's Complaint.

8.     WHEREAS, this is the first request by the Parties seeking such extension; THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

- 2 -

Defendant LEXISNEXIS RISK SOLUTIONS INC., shall have up to and including October 8, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 26th day of August, 2020.

| /s/ Shaina R. Plaksin, Esq. <br> Matthew I Knepper, Esq. <br> Nevada Bar No. 12796 <br> Shaina R. Plaksin, Esq. <br> Nevada Bar No. 13935 <br> KNEPPER & CLARK LLC <br> 5510 S. Fort. Apache Rd, Suite 30 <br> Las Vegas, NV 89148-7700 <br> Phone: (702) 856-7430 <br> Fax: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: Shaina.plaksin@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> KRIEGER LAW GROUP LLC <br> 500 N. Rainbow Blvd., Suite 300 <br> Las Vegas, NV 89107 <br> Phone: (702) 848-3855 <br> Email: dkrieger@kriegerlawgroup.com <br> *Attorneys for Plaintiff* | /s/ *Gary E. Schnitzer* <br> GARY E. SCHNITZER, ESQ. <br> Nevada Bar No. 395 <br> KRAVITZ, SCHNITZER & JOHNSON, CHTD. <br> 8985 South Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 <br> Telephone: (702) 222-4142 <br> Facsimile: (702) 362-2203 <br> Email: gschnitzer@ksjattorneys.com <br> *Attorney for Defendant* <br> *LexisNexis Risk Solutions Inc.* |

**IT IS ORDERED**

DATED this 31st day of August, 2020.

_____
United States Magistrate Judge