| | |
|---|---|
| 1 | Joel E. Tasca |
| | Nevada Bar No. 14124 |
| 2 | Lindsay Demaree |
| | Nevada Bar No. 11949 |
| 3 | BALLARD SPAHR LLP |
| | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
| | Telephone: 702.471.7000 |
| 5 | Facsimile: 702.471.7070 |
| | tasca@ballardspahr.com |
| 6 | demareel@ballardspahr.com |

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARSCHECK, | CASE NO. 2:20-cv-01512-APG-BNW |
| Plaintiff, | JOINT MOTION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS; JPMORGAN CHASE BANK, N.A.; BANK OF THE WEST | (Second Request) |
| Defendants. | |

Defendant JPMorgan Chase Bank, N.A.'s (Chase) response to Plaintiff Laura Marscheck's complaint currently is due September 29, 2020. Chase has requested, and Plaintiff has agreed, that Chase has up to and including October 13, 2020 to respond to Plaintiff's complaint, to provide time for Chase and Plaintiff to continue discussing a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

DMWEST #40546921 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: September 25, 2020

| BALLARD SPAHR LLP | KRIEGER LAW GROUP |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Shaina R. Plaksin<br>David H. Krieger<br>Nevada Bar No. 9086<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>(702) 848-3855<br>dkrieger@krigerlawgroup.com<br><br>Matthew I. Knepper<br>Nevada Bar No.12796<br>Shaina R. Plaksin<br>Nevada Bar No. 13935<br>Knepper & Clark<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2020

DMWEST #40546921 v1                    2