Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARSCHECK,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS; JPMORGAN CHASE BANK, N.A.; BANK OF THE WEST<br><br>    Defendants. | CASE NO. 2:20-cv-01512-APG-BNW<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fourth Request)** |

Defendant JPMorgan Chase Bank, N.A.'s (Chase) response to Plaintiff Laura Marscheck's complaint currently is due October 27, 2020. Chase has requested, and Plaintiff has agreed, that Chase has up to and including November 10, 2020 to respond to Plaintiff's complaint, to provide time for Chase and Plaintiff to continue discussing a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

While this is the fourth request for an extension, all previous requests sought only modest extensions. This extension, like the prior ones, is made in good faith and not for purposes of delay.

Dated: October 26, 2020

| | |
|---|---|
| BALLARD SPAHR LLP | KRIEGER LAW GROUP |
| By: /s/ Lindsay Demaree | By: /s/ Shaina R. Plaksin |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | David H. Krieger<br>Nevada Bar No. 9086<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>(702) 848-3855<br>dkrieger@krigerlawgroup.com |
| *Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | Matthew I. Knepper<br>Nevada Bar No.12796<br>Shaina R. Plaksin<br>Nevada Bar No. 13935<br>Knepper & Clark<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/30/2020