Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MARSCHECK, | Case No. 2:20-cv-01512-APG-BNW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Complaint filed: August 17, 2020 |
| LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendant. | |

Plaintiff Laura Marscheck ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") (collectively the "Parties"), by and through their attorneys of record, hereby submit the following status report as instructed by the Court in its Minute Order dated January 15, 2021 [ECF No. 29].

1.  Previously, the Parties reported that a settlement was reached with LNRS [ECF No.

26].

2. A settlement agreement has been prepared and finalized, but the Parties have encountered a delay with obtaining signatures. This delay was also exacerbated by Plaintiff's counsel being unavailable for several weeks due to COVID-19.

3. The Parties estimate it may take an additional sixty (60) days to perform their remaining duties under the settlement agreement and file a Stipulation for Dismissal with the Court.

4. The Parties request a deadline extension until **March 23, 2021** to file the stipulation of dismissal of LNRS.

DATED: January 22, 2021.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Gary E. Schnitzer, Esq., SBN 395<br>8985 So. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Email: gschnitzer@ksjattorneys.com<br><br>*Counsel for Defendant*<br>*LexisNexis Risk Solutions Inc.* |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN. 9086<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | |

ORDER
**IT IS SO ORDERED**

**DATED:** 10:13 am, January 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430